**Order filed September 17, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00506-CV

_____

### IN THE INTEREST OF S.B., A CHILD, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, AN AGENCY OF THE STATE OF TEXAS, Appellee

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2019-68803**

---

## ORDER

This is an appeal from a judgment signed July 2, 2020. The notice of appeal was filed July 16, 2020. The clerk responsible for preparing the record in this appeal informed the court that appellants, J.B. and D.B., have not made arrangements to pay for the record. *See* Tex. R. App. P. 35.3(a)(2). On July 28, 2020, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, by August 12, 2020, appellants paid or made arrangements to

pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

On August 14, 2020, appellants filed a motion for judicial notice regarding inclusion of materials from another trial court proceeding in the record for this appeal.[1] The motion suggested appellants had paid for the clerk's record. However, no clerk's record has been filed.

Because it is unclear whether appellants have paid for the clerk's record, we issue the following order:

If appellants do not provide proof to this court by **October 2, 2020** that they have paid or arranged to pay for the clerk's record, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b). If the clerk's record is filed before October 2, 2020, no such proof need be provided.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.

---

[1] The motion was denied on September 15, 2020.